**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

GABRIELA OLIVEIRA DOS SANTOS )
) Case No. 1:26-cv-13694
Plaintiff )
v. )
)
DENIS RIORDAN, District Director, United States )
Citizenship and Immigration Services; )
)
ROSE KENDRICK, Acting Director, National )
Benefits Center at United States Citizenship and )
Immigration Services; )
)
JOSEPH EDLOW, Director, United States )
Citizenship and Immigration Services; )
)
MARKWAYNE MULLIN, U.S. Secretary of )
Homeland Security; )
)
TODD BLANCHE, Acting United States Attorney )
General )
Defendants )
)

**COMPLAINT FOR WRIT OF MANDAMUS**

Plaintiff, by and through undersigned counsel, brings this action for a writ of mandamus under 28 U.S.C. § 1361, compelling Defendants to adjudicate Plaintiff's pending Application to Register Permanent Residence or Adjust Status ("Form I-485"). In support, Plaintiff alleges as follows:

## I. JURISDICTION AND VENUE

1. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331, federal question jurisdiction, and 28 U.S.C. § 1361, mandamus jurisdiction.
2. Venue is proper in this District under 28 U.S.C. § 1391(e) because Plaintiff resides in this District and this action is against officers and agencies of the United States acting in their official capacities.

## II. PARTIES

3. Plaintiff Gabriela Oliveira dos Santos is a native and citizen of Brazil, currently residing in Watertown, Massachusetts, within the jurisdiction of this Court.
4. Defendant Denis Riordan is the District Director of United States Citizenship and Immigration Services ("USCIS") and is sued in his official capacity.
5. Defendant Rose Kendrick is the Acting Director of the National Benefits Center at USCIS and is sued in her official capacity.
6. Defendant Joseph Edlow is the Director of USCIS and is sued in his official capacity.
7. Defendant Markwayne Mullin is the Secretary of the Department of Homeland Security and is sued in his official capacity.
8. Defendant Todd Blanche is the Acting Attorney General of the United States and is sued in his official capacity.

## III. FACTS

9. Plaintiff is the beneficiary of an approved Petition for Amerasian, Widow(er), or Special Immigrant ("Form I-360"), filed under the Special Immigrant Juvenile classification.
10. On or about July 16, 2021, Plaintiff filed her Form I-360, Petition for Amerasian, Widow(er), or Special Immigrant. USCIS assigned Plaintiff's Form I-360 receipt number MSC2191592727. The petition lists a priority date of July 16, 2021.
11. On or about May 24, 2022, USCIS approved Plaintiff's Form I-360 under the Special Immigrant Juvenile classification. The approval notice identifies Plaintiff's classification as SL6, Special Immigrant-Juvenile.

12. Plaintiff subsequently filed an Application to Register Permanent Residence or Adjust Status ("Form I-485") based on her approved Form I-360. USCIS received Plaintiff's Form I-485 on or about March 30, 2023, and assigned receipt number MSC2390419830.

13. Plaintiff's Form I-485 receipt notice lists Plaintiff's priority date as July 16, 2021 and identifies her preference classification as Special Immigrant Juvenile, Form I-360.

14. The United States Department of State's Visa Bulletin for March 2023 stated that, for applicants chargeable to Brazil in the employment-based fourth preference category, representing "Certain Special Immigrants" and the category under which Special Immigrant Juveniles are classified, the Final Action Date was February 1, 2022 ("01FEB22").

15. Plaintiff's priority date of July 16, 2021, was earlier than the applicable Final Action Date of February 1, 2022. Accordingly, Plaintiff's priority date was current when USCIS received her Form I-485 on March 30, 2023.

16. The United States Department of State's Visa Bulletin for August 2026 states that, for the employment-based fourth preference category representing "Certain Special Immigrants," the Final Action Date applicable to Plaintiff is October 15, 2022 ("15OCT22").

17. Plaintiff's priority date of July 16, 2021, is earlier than the applicable August 2026 Final Action Date of October 15, 2022. Accordingly, Plaintiff's priority date is current, and an immigrant visa number is presently available to her.

18. Despite Plaintiff's current priority date and the lengthy pendency of her Form I-485, USCIS has not adjudicated Plaintiff's application.

19. Plaintiff's Form I-485 has remained pending since March 30, 2023, without a final decision.

20. Defendants have unreasonably delayed adjudication of Plaintiff's Form I-485.

21. Further delay risks additional prejudice to Plaintiff, including the risk of future visa retrogression and continued uncertainty regarding her ability to obtain lawful permanent residence despite her approved Form I-360 and presently current priority date.

## IV. CLAIMS FOR RELIEF

### Writ of Mandamus

### 28 U.S.C. § 1361

22. Plaintiff has a clear right to have USCIS adjudicate her Form I-485 within a reasonable time.

23. Defendants have a clear, non-discretionary duty to take action on Plaintiff's Form I-485 and to conclude the matter within a reasonable time.

24. Defendants have failed to perform that duty by unreasonably delaying adjudication of Plaintiff's Form I-485.

25. Plaintiff has no other adequate remedy to compel Defendants to act.

26. A writ of mandamus is appropriate to compel Defendants to adjudicate Plaintiff's Form I-485.

## V. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

A. Issue a Writ of Mandamus compelling Defendants to promptly adjudicate Plaintiff's pending Form I-485, Application to Register Permanent Residence or Adjust Status;

B. Award Plaintiff her reasonable attorneys' fees and costs as permitted by law, including under the Equal Access to Justice Act, 28 U.S.C. § 2412, where applicable; and

C. Grant such other and further relief as the Court deems just and proper.

Dated: August 11, 2026

Respectfully submitted,
Gabriela Oliveira dos Santos,
By her Attorney,

/s/ Brian L. Hurley

Brian L. Hurley, Esq.
BBO No. 710451
235 Marginal Street,
Chelsea, MA 02150
617-884-1000
bhurley@georgescotelaw.com