**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **GABRIELA OLIVEIRA DOS SANTOS**<br><br>**Plaintiffs**<br>**v.**<br><br>**DENIS RIORDAN, ET AL.**<br><br>**Defendants** | **Case No.: 1:26-cv-13694-RGS** |

**RETURN OF SERVICE TO DEFENDANT**

The undersigned counsel hereby certifies that on September 17, 2026, the Summons and Complaint were delivered in hand to the **United States Attorney's Office at 1 Courthouse Way, Suite 9200 Boston, MA 02210**.

Dated: November 6, 2026

Respectfully submitted,

Gabriela Oliveira dos Santos,
By her Attorney,

*/s/ Brian L. Hurley*

Brian L. Hurley, Esq.
BBO No. 710451
235 Marginal Street
Chelsea, MA 02150
(t) 617-884-1000
(e) BHurley@GeorgesCoteLaw.com

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Brian L. Hurley*

Brian L. Hurley, Esq.
Counsel for Petitioner

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:26–CV–13694–GAO

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* USCIS District 11 – Boston Office
was received by me on *(date)* September 17, 2026 .

❒ I personally served the summons on the individual at *(place)* ____________________
____________________ on *(date)* ____________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ____________
____________________ , a person of suitable age and discretion who resides there,
on *(date)* ____________ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Mr. Havey , who is
designated by law to accept service of process on behalf of *(name of organization)* U.S. Attorney's Office
1 Courthouse Way, Suite 9200 Boston, MA 02210 on *(date)* 9/17/2026 ; or

❒ I returned the summons unexecuted because ____________________ ; or

❒ Other *(specify)*:

My fees are $ ____________ for travel and $ 75.00 for services, for a total of $ 75.00 .

I declare under penalty of perjury that this information is true.

Date: Sept. 17, 2026

[signature]
*Server's signature*

CONSTABLE GAVIN CASTAGNA
*Printed name and title*

MIDDLESEX CONSTABLE SERVICE
Post Office Box 311 - Carlisle, MA 01741
TEL: 781-500-9023
*Server's address*

Additional information regarding attempted service, etc:

1. COMPLAINT FOR WRIT OF MANDAMUS
2. CIVIL COVER SHEET
5. COPY MAILED CERTIFIED MAILING ON 9/23/2026 #9589 0710 5270 4021 6637 91
USCIS District 11 – Boston Office

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:26–CV–13694–GAO

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Joseph Edlow U.S. Citizenship and Immigration Services was received by me on *(date)* September 17, 2026 .

❒ I personally served the summons on the individual at *(place)* ______________________ on *(date)* __________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* __________, a person of suitable age and discretion who resides there, on *(date)* __________, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Mr. Havey, who is designated by law to accept service of process on behalf of *(name of organization)* U.S. Attorney's Office 1 Courthouse Way, Suite 9200 Boston, MA 02210 on *(date)* 9/17/2026 ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ __________ for travel and $ 75.00 for services, for a total of $ 75.00 .

I declare under penalty of perjury that this information is true.

Date: Sept. 17, 2026

[signature]
*Server's signature*

CONSTABLE GAVIN CASTAGNA
*Printed name and title*

MIDDLESEX CONSTABLE SERVICE
Post Office Box 311 - Carlisle, MA 01741
TEL: 781-500-9023
*Server's address*

Additional information regarding attempted service, etc:

1. COMPLAINT FOR WRIT OF MANDAMUS
2. CIVIL COVER SHEET
5. COPY MAILED CERTIFIED MAILING ON 9/23/2026 #9589 0710 5270 4021 6637 60

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:26–CV–13694–GAO

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Department of Homeland Security (for Markwayne Mullin)
was received by me on *(date)* September 17, 2026 .

❒ I personally served the summons on the individual at *(place)* ________ on *(date)* ________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ________ , a person of suitable age and discretion who resides there, on *(date)* ________ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Mr. Havey , who is designated by law to accept service of process on behalf of *(name of organization)* U.S. Attorney's Office 1 Courthouse Way, Suite 9200 Boston, MA 02210 on *(date)* 9/17/2026 ; or

❒ I returned the summons unexecuted because ________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ 75.00 for services, for a total of $ 75.00 .

I declare under penalty of perjury that this information is true.

Date: Sept. 17, 2026

[signature]
*Server's signature*

CONSTABLE GAVIN CASTAGNA
*Printed name and title*

MIDDLESEX CONSTABLE SERVICE
Post Office Box 311 - Carlisle, MA 01741
TEL: 781-500-9023
*Server's address*

Additional information regarding attempted service, etc:

1. COMPLAINT FOR WRIT OF MANDAMUS
2. CIVIL COVER SHEET
3. I-797 NOTICE OF ACTION
4. VISA BULLETIN
5. COPY MAILED CERTIFIED MAILING ON 9/23/2026 #9589 0710 5270 4021 6637 84

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:26–CV–13694–GAO

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Rose Kendrick USCIS National Benefits Center
was received by me on *(date)* September 17, 2026 .

❒ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Mr. Havey , who is designated by law to accept service of process on behalf of *(name of organization)* U.S. Attorney's Office 1 Courthouse Way, Suite 9200 Boston, MA 02210 on *(date)* 9/17/2026 ; or

❒ I returned the summons unexecuted because ______ ; or

❒ Other *(specify)*:

My fees are $ ______ for travel and $ 75.00 for services, for a total of $ 75.00 .

I declare under penalty of perjury that this information is true.

Date: Sept. 17, 2026

[signature]
*Server's signature*

CONSTABLE GAVIN CASTAGNA
*Printed name and title*

MIDDLESEX CONSTABLE SERVICE
Post Office Box 311 - Carlisle, MA 01741
TEL: 781-500-9023
*Server's address*

Additional information regarding attempted service, etc:

1. COMPLAINT FOR WRIT OF MANDAMUS
2. CIVIL COVER SHEET
5. COPY MAILED CERTIFIED MAILING ON 9/23/2026 #9589 0710 5270 4021 6638 07
Rose Kendrick USCIS National Benefits Center

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:26–CV–13694–GAO

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Acting Attorney General of the United States (Todd Blanche)

was received by me on *(date)* September 17, 2026 .

❒ I personally served the summons on the individual at *(place)* ______________________ on *(date)* ____________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________________, a person of suitable age and discretion who resides there, on *(date)* ____________ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Mr. Havey , who is designated by law to accept service of process on behalf of *(name of organization)* U.S. Attorney's Office 1 Courthouse Way, Suite 9200 Boston, MA 02210 on *(date)* 9/17/2026 ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ 75.00 for services, for a total of $ 75.00 .

I declare under penalty of perjury that this information is true.

Date: Sept. 17, 2026

[signature]

*Server's signature*

CONSTABLE GAVIN CASTAGNA

*Printed name and title*

MIDDLESEX CONSTABLE SERVICE
Post Office Box 311 - Carlisle, MA 01741
TEL: 781-500-9023

*Server's address*

Additional information regarding attempted service, etc:

1. COMPLAINT FOR WRIT OF MANDAMUS
2. CIVIL COVER SHEET
5. COPY MAILED CERTIFIED MAILING ON 9/23/2026 #9589 0710 5270 4021 6637 77