**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **GABRIELA OLIVEIRA DOS SANTOS**<br><br>**Plaintiffs**<br>**v.**<br><br>**DENIS RIORDAN, ET AL.**<br><br>**Defendants** | **Case No.: 1:26-cv-13694-RGS** |

**RETURN OF SERVICE TO DEFENDANT**

The Summons and Complaint were sent by certified mail to the **Joseph Edlow, U.S. Citizenship and Immigration Services, 5900 Capital Gateway Drive, Camp Springs, MD 20588** on September 23, 2026, and delivered on October 5, 2026.

Dated: November 6, 2026

Respectfully submitted,

Gabriela Oliveira dos Santos,
By her Attorney,

*/s/ Brian L. Hurley*

Brian L. Hurley, Esq.
BBO No. 710451
235 Marginal Street
Chelsea, MA 02150
(t) 617-884-1000
(e) bhurley@georgecotelaw.com

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Brian L. Hurley*

Brian L. Hurley, Esq.
Counsel for Petitioner

9589 0710 5270 4021 6637 60

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT

*Domestic Mail Only*

**For delivery information, visit our website at *www.usps.com*®.**

DHS, MD 20588

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $5.55 | |
| $ $4.65 | |
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☐ Return Receipt (hardcopy) | $ $0.00 |
| ☐ Return Receipt (electronic) | $ $0.00 |
| ☐ Certified Mail Restricted Delivery | $ $0.00 |
| ☐ Adult Signature Required | $ $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage $1.40 | |
| $ | |
| Total Postage and Fees $11.60 | |
| $ | |

CARLISLE, MA 01741
0741
01

Postmark Here

SEP 23 2026

09/23/2026

USPS

Sent To Edlow 13694

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions