**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| GABRIELA OLIVEIRA DOS SANTOS,<br>Plaintiff,<br>v.<br>DENIS RIORDAN, et al.,<br>Defendants. | Civil Action No. 1:26-cv-13694-RGS |

**DEFENDANTS' *ASSENTED-TO* MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE COMPLAINT UP TO AND INCLUDING FEBRUARY 15, 2027**

Defendants respectfully move for an extension of time, up to and including Monday, February 15, 2027, to respond to the Complaint (Doc No. 1, "Complaint"). In support of this motion, Defendants state:

1. Plaintiff filed her Complaint on August 11, 2026. Doc. No. 1.

2. Defendant received service of the Complaint on September 17, 2026.

3. Defendants seek a 90-day extension to respond to the Complaint. Counsel for all parties have conferred on this matter, and United States Citizenship and Immigration Services ("USCIS") is in the process of scheduling Plaintiff's interview on her application and adjudicating her application. Counsel has agreed to this extension in time to respond to the Complaint while USCIS continues its process of adjudicating Plaintiff's application.

4. Plaintiff assents to the relief sought herein.

5. This is the first request for an extension.

6. WHEREFORE, Defendants respectfully request that the Court allow their motion to extend the time to respond to the Complaint up to and including Monday, February 15, 2027

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

Dated: November 12, 2026 By: */s/ Thomas A. Rueter*

Thomas A. Rueter
Assistant United States Attorney
U.S. Attorney's Office
1 Courthouse Way, Ste. 9200
Boston, MA 02210
(617) 748-3362
Thomas.Rueter@usdoj.gov

**LOCAL RULE 7.1 CERTIFICATION**

I hereby certify that I communicated with Plaintiff's counsel and he assented to the relief sought herein.

Dated: November 12, 2026 By: */s/ Thomas A. Rueter*

Thomas A. Rueter
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorneys of record by means of the Court Electronic Case Filing system on November 12, 2026

By: */s/ Thomas A. Rueter*

Thomas A. Rueter
Assistant United States Attorney